B 2100A Form (2100A) (12/15)

# United States Bankruptcy Court

SOUTHERN DISTRICT OF TEXAS

In Re:                                                                         Case No. 2110031EVR
RODNEY DEAN ANDRESS

ANGELA MARIE ANDRESS

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

PRA Receivables Management, LLC., as agent of
Portfolio Recovery Associates, LLC                 The Bank of Missouri
-----------------------------------------                     ------------------------------------------
Name of Transferee                                                   Name of Transferor

Name and Address where notices to transferee         Court Claim # (if known): 6
should be sent:                                                   Amount of Claim: $2,334.87
Portfolio Recovery Associates, LLC                     Date Claim Filed: 04/08/2021
POB 41067
Norfolk, VA 23541

Phone: (877)829-8298                                        Phone:
Last Four Digits of Acct # : 3257                         Last Four Digits of Acct #: 3257

Name and Address where transferee payments         Seller Information
Should be sent (if different from above)                       THE BANK OF MISSOURI
Portfolio Recovery Associates, LLC                     916 NORTH KINGSHIGHWAY
POB 12914                                                             PERRYVILLE MO 63775
Norfolk, VA 23541

Phone: (877)829-8298
Last Four Digits of Acct # : 3257

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Martine Evans                                             Date: 8/19/2021
    -------------------------------------------
    Transferee/Transferee's Agent
Email: Bankruptcy_Info@portfoliorecovery.com

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

**EXHIBIT II**

BILL OF SALE

For value received and in further consideration of the mutual covenants and conditions set forth in the Forward Flow - Chapter 13 Account Purchase Agreement (the "Agreement") dated April 21, 2021 by and between The Bank of Missouri ("Seller") and Portfolio Recovery Associates, LLC ("Buyer"), Seller hereby transfers, sells, conveys, grants, and delivers to Buyer, its successors and assigns, without recourse except as set forth in the Agreement the Accounts as set forth in the Account Schedule attached hereto as Exhibit I delivered by Seller to Buyer on the Closing Date, and as further described in the Agreement.

Lot Number:                 20-1152

Aggregate Unpaid Balance:   ▮▮▮▮▮

Number of Accounts:         ▮▮▮

DATED: April 28, 2021

SELLER: The Bank of Missouri

By: *Martha J Rollet*
Martha Rollet (Apr 27, 2021 15:39 CDT)

Name (print): Martha Rollet

Title: Chief Operations Officer

National Loan Exchange, Inc. (NLEX)