UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

In re:                                                                                   Case No. 21-10031-B-13
    RODNEY D ANDRESS
    ANGELA M ANDRESS
         Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Yvonne V. Valdez, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/25/2021.

2) The plan was confirmed on 05/07/2021.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 09/30/2022.

6) Number of months from filing to last payment: 17.

7) Number of months case was pending: 19.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $18,038.86.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $16,150.00 |
| Less amount refunded to debtor | $116.67 |

**NET RECEIPTS:** $16,033.33

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $5,119.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,296.93 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $6,415.93

Attorney fees paid and disclosed by debtor: $444.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ABILITY RECOVERY SERVICE | Unsecured | 1,013.00 | NA | NA | 0.00 | 0.00 |
| ABILITY RECOVERY SERVICE | Unsecured | 966.00 | NA | NA | 0.00 | 0.00 |
| ACCEPTANCE NOW | Secured | 4,708.00 | NA | 4,708.00 | 928.27 | 306.06 |
| ACCOUNT SERVICES | Unsecured | 818.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 236.00 | NA | NA | 0.00 | 0.00 |
| CAMERON COUNTY TAX OFFICE | Secured | 100.02 | NA | NA | 0.00 | 0.00 |
| CAPITAL CLINICS | Unsecured | 321.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Unsecured | 465.05 | 465.05 | 465.05 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Unsecured | 367.17 | 367.17 | 367.17 | 0.00 | 0.00 |
| CELTIC BANK CONTFINCO | Unsecured | 652.00 | NA | NA | 0.00 | 0.00 |
| CELTIC BANK CONTFINCO | Unsecured | 217.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL PORTFOLIO CONTROL | Unsecured | 29,496.00 | NA | NA | 0.00 | 0.00 |
| CMRE FINANCIAL SERVICE INC | Unsecured | 569.00 | NA | NA | 0.00 | 0.00 |
| CMRE FINANCIAL SERVICE INC | Unsecured | 1,740.00 | NA | NA | 0.00 | 0.00 |
| CMRE FINANCIAL SERVICE INC | Unsecured | 1,452.00 | NA | NA | 0.00 | 0.00 |
| CMRE FINANCIAL SERVICE INC | Unsecured | 1,103.00 | NA | NA | 0.00 | 0.00 |
| CONN APPLIANCES INC DBA CONNS | Secured | 5,156.00 | 4,114.00 | 4,114.00 | 811.11 | 267.49 |
| CONN APPLIANCES INC DBA CONNS | Unsecured | NA | 881.70 | 881.70 | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORP | Unsecured | 3,983.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT LP | Unsecured | 101.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOCIATES | Unsecured | 624.00 | NA | NA | 0.00 | 0.00 |
| CREDIT SYSTEMS INTERNATIONAL | Unsecured | 167.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Unsecured | 751.00 | NA | NA | 0.00 | 0.00 |
| FINANCIAL DATA SYSTEMS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| GLOBE LOAN COMPANY | Unsecured | 13,853.00 | 13,853.30 | 13,853.30 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 698.00 | 764.92 | 764.92 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 367.00 | 414.75 | 414.75 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 207.00 | 332.07 | 332.07 | 0.00 | 0.00 |
| LOUISIANA RECOVERY SERVICES | Unsecured | 231.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC C/O RESURGEN | Unsecured | 413.00 | 573.54 | 573.54 | 0.00 | 0.00 |
| LVNV FUNDING LLC C/O RESURGEN | Unsecured | 238.00 | 463.33 | 463.33 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MERRICK BANK | Unsecured | 1,179.00 | 1,091.93 | 1,091.93 | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | 1,021.00 | 1,019.87 | 1,019.87 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 581.00 | NA | NA | 0.00 | 0.00 |
| MOTOR FINANCE CO | Unsecured | 8,563.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE RECOVERY | Unsecured | 1,095.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE RECOVERY | Unsecured | 1,001.00 | NA | NA | 0.00 | 0.00 |
| NAVY ARMY COMMUNITY CREDIT U | Secured | 25,325.00 | 24,883.66 | 24,883.66 | 5,750.84 | 1,553.63 |
| ONLINE IN SV | Unsecured | 119.00 | NA | NA | 0.00 | 0.00 |
| PHOENIX FINANCIAL SERV | Unsecured | 358.00 | NA | NA | 0.00 | 0.00 |
| PHOENIX FINANCIAL SERV | Unsecured | 274.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC LLC | Unsecured | 2,334.00 | 2,334.87 | 2,334.87 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 176.00 | 323.40 | 323.40 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 145.00 | 334.09 | 334.09 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 556.00 | 614.48 | 614.48 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 105.00 | 370.23 | 370.23 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 260.00 | 305.12 | 305.12 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 211.00 | 305.07 | 305.07 | 0.00 | 0.00 |
| RMP SERVICES LLC | Unsecured | 1,378.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TEXAS A&M UNIVERSITY | Unsecured | 703.28 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS INC | Unsecured | 291.24 | NA | NA | 0.00 | 0.00 |
| UNITED REVENUE CORP | Unsecured | 1,254.00 | NA | NA | 0.00 | 0.00 |
| UNITED REVENUE CORP | Unsecured | 841.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 27,546.00 | 41,245.94 | 41,245.94 | 0.00 | 0.00 |
| WEBBANK FINGERHUT | Unsecured | 268.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO | Unsecured | 189.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO | Unsecured | 398.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $24,883.66 | $5,750.84 | $1,553.63 |
| All Other Secured | $8,822.00 | $1,739.38 | $573.55 |
| **TOTAL SECURED:** | **$33,705.66** | **$7,490.22** | **$2,127.18** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$66,060.83** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $6,415.93 |
| Disbursements to Creditors | $9,617.40 |
| **TOTAL DISBURSEMENTS :** | **$16,033.33** |

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 10/04/2022          By: /s/ Yvonne V. Valdez
                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**

## **CERTIFICATE OF SERVICE**

I Certify that on or about October 04, 2022, a copy of the forgoing Trustee's Final Report was served electronically on all parties requesting electronic notice or by United States Mail to the Debtors listed below:

RODNEY D ANDRESS
ANGELA M ANDRESS
6900 COFFEEPORT RD APT 428
BROWNSVILLE, TX  78521

                                                                                /s/ Yvonne V. Valdez
                                                                                Yvonne V. Valdez, Trustee

**UST Form 101-13-FR-S (09/01/2009)**